```
                                                    2013 MAR 12 P 2:40
1  DANIEL BOGDEN
   United States Attorney
2  PAMELA MARTIN
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000          BY_____ DEPUTY
   Las Vegas, Nevada 89101
4  (702) 388-6336
```

5              In the United States District Court for the

6                          District of Nevada

| | |
|---|---|
| 7 UNITED STATES OF AMERICA, | |
| | VCF |
| 8     vs. | Case No. 2:09-mj-00877-~~LRL~~ |
| 9 PREMISES LOCATED AT | **Sealed Motion to** |
|    CIRCUS CIRCUS HOTEL AND CASINO | **Unseal Search Warrants** |
| 10 2880 LAS VEGAS BOULEVARD SOUTH | |
|    ROOM #10735 | |
| 11 LAS VEGAS, NEVADA 89109 | |
|    CITY OF LAS VEGAS, | |
| 12 COUNTY OF CLARK, | |
|    STATE OF NEVADA | |
| 13 | |
| 14 UNITED STATES OF AMERICA, | |
| 15     vs. | |
| 16 PREMISES LOCATED AT | |
|    CIRCUS CIRCUS HOTEL AND CASINO | |
|    2880 LAS VEGAS BOULEVARD SOUTH | |
| 17 ROOM #12717 | |
|    LAS VEGAS, NEVADA 89109 | |
| 18 CITY OF LAS VEGAS, | |
|    COUNTY OF CLARK, | |
| 19 STATE OF NEVADA | |
| 20 UNITED STATES OF AMERICA, | |
| 21     vs. | |
| 22 PREMISES LOCATED AT | |
|    CIRCUS CIRCUS HOTEL AND CASINO | |
| 23 2880 LAS VEGAS BOULEVARD SOUTH | |

1 | ROOM #14706
2 | LAS VEGAS, NEVADA 89109
  | CITY OF LAS VEGAS,
  | COUNTY OF CLARK,
3 | STATE OF NEVADA

4

5  The United States of America hereby files a motion for an order that the search warrants and
6  search warrant affidavit filed in the above-entitled matter be unsealed.

7  On November 12, 2009, this Court issued a search warrant to search the premises known as
8  PREMISES LOCATED AT CIRCUS CIRCUS HOTEL AND CASINO, 2880 LAS VEGAS
9  BOULEVARD SOUTH, ROOM #10735, LAS VEGAS, NEVADA 89109, CITY OF LAS
10 VEGAS, COUNTY OF CLARK, STATE OF NEVADA; CIRCUS CIRCUS HOTEL AND
11 CASINO, 2880 LAS VEGAS BOULEVARD SOUTH, ROOM #12717, LAS VEGAS, NEVADA
12 89109, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA; and CIRCUS
13 CIRCUS HOTEL AND CASINO, 2880 LAS VEGAS BOULEVARD SOUTH, ROOM #14706,
14 LAS VEGAS, NEVADA 89109, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF
15 NEVADA. The government has since executed the search warrants. Because the search warrants
16 have been executed, sealing is no longer necessary to maintain the integrity of the government's
17 investigation. Accordingly, the government requests that search warrants and search warrant
18 affidavits be ordered unsealed by this Court.

19  Dated: March 12, 2013.

20                                        DANIEL BOGDEN
                                          United States Attorney
21
                                          /s/ Pamela A. Martin
22                                        _____
                                          PAMELA A. MARTIN
23                                        Assistant U.S. Attorney

In the United States District Court for the

District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PREMISES LOCATED AT CIRCUS CIRCUS HOTEL AND CASINO<br>2880 LAS VEGAS BOULEVARD SOUTH<br>ROOM #10735<br>LAS VEGAS, NEVADA 89109<br>CITY OF LAS VEGAS,<br>COUNTY OF CLARK,<br>STATE OF NEVADA<br><br>UNITED STATES OF AMERICA,<br><br>vs.<br><br>PREMISES LOCATED AT CIRCUS CIRCUS HOTEL AND CASINO<br>2880 LAS VEGAS BOULEVARD SOUTH<br>ROOM #12717<br>LAS VEGAS, NEVADA 89109<br>CITY OF LAS VEGAS,<br>COUNTY OF CLARK,<br>STATE OF NEVADA<br><br>UNITED STATES OF AMERICA,<br><br>vs.<br><br>PREMISES LOCATED AT CIRCUS CIRCUS HOTEL AND CASINO<br>2880 LAS VEGAS BOULEVARD SOUTH<br>ROOM #14706<br>LAS VEGAS, NEVADA 89109<br>CITY OF LAS VEGAS,<br>COUNTY OF CLARK,<br>STATE OF NEVADA | VCF<br>Case No. 2:09-mj-00877-~~LRL~~<br><br>**ORDER** |

## ORDER

Based on the pending Motion to Unseal Search Warrants of the Government and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Search Warrants and Affidavit in support of the Search Warrants, as well as the Motion requesting an unsealing order and this Order in the above-captioned matter shall be unsealed until further Order of the Court.

Subscribed and sworn to before me this 17th day of ~~March,~~ April 2013.

_____
United States Magistrate Judge